GUY C. SMITH, Respondent, v. ISAAC E. CHADWICK,
Appellant.

*Fraud — false representations — contract — action to recover damages
for false representations whereby plaintiff was induced to enter into
a contract.*

*Smith v. Chadwick,* 206 App. Div. 606, affirmed.

(Argued June 13, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 5, 1923, affirming a judgment in favor
of plaintiff entered upon a verdict. The action was
brought to recover damages for alleged fraud in the
making of a contract for the foreign exhibition rights of a
motion picture. The complaint alleged that the defend-
ant made certain statements and representations to the
plaintiff; that each of such representations was untrue;
that they were known by the defendant to be false when
he made them; that they were made with the intent that
the plaintiff should rely upon them; that the plaintiff
relied upon said representations and in reliance thereon
entered into said purported contract and was induced
to do so by said representations.

*Gerson C. Young* for appellant.

*Clarence M. Lewis* and *W. N. Seligsberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.